December 10, 1964

Commonwealth ex rel. Allison, Appellant, *v.*
Russell.

Submitted November 9, 1964. *Ira Allison,* appellant, in propria persona; *William J. Franks,* Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Bunn, Appellant, *v.*
Maroney.

Submitted November 9, 1964. *David Bunn,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Clawson, Appellant, *v.*
Myers.

Submitted November 9, 1964. *Eugene Paul Clawson,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.